**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARIAH DIANE BOWLES,<br><br>      Plaintiff,<br><br>  v.<br><br>APRO INTERNATIONAL, INC., INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, AMERICAN INTERNATIONAL GROUP, INC., and currently unknown JANE DOES and JOHN DOES,<br><br>      Defendants. | Case No.: 4:18-cv-01869 |

## DEFENDANT INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S MOTION TO DISMISS PLAINTIFF'S CLAIMS

Defendant The Insurance Company of the State of Pennsylvania ("ICSOP") brings this Motion to Dismiss Counts I, II, III, and V, pursuant to Fed. R. Civ. P. 12(b)(6), because Plaintiff Mariah Diane Bowles ("Plaintiff") fails to state claims upon which relief can be granted.

Plaintiff fails to state any claims against ICSOP because she depends on the conclusory allegation that ICSOP is a "covered entity" subject to HIPAA to support her allegations that ICSOP allegedly made unauthorized disclosures of her medical and mental health records to her former employer. ICSOP, however, is not a "covered entity" and, thus, is not subject to HIPAA. Plaintiff's claims must fail if ICSOP is not subject to the standard of care that Plaintiff purports applies to ICSOP's alleged acts and omissions.

Yet, even if HIPAA could set the standard of care, any alleged disclosures were made as part of a workers' compensation action, and, thus, were authorized by law. Without unauthorized disclosure, Plaintiff has no basis for relief on any of her claims.

1

In the alternative, ICSOP seeks dismissal or judgment on the pleadings under Fed. R. Civ. P. 12(c) because Plaintiff's claims are not properly before this Court.  Plaintiff alleges that she is suffering a "reoccurrence" of her workplace injury.  Being a reactivation claim, Plaintiff's claims should be brought exclusively before the Department of Labor.

ICSOP's Memorandum in Support of its Motion to Dismiss is incorporated herein by reference.

**WHEREFORE**, Defendant Insurance Company of the State of Pennsylvania respectfully requests that this Court dismiss all of Plaintiff Mariah Diane Bowles' claims against ICSOP or, in the alternative, enter judgment on the pleadings on all claims against ICSOP.  ICSOP also requests that this Court provide all other relief that is just and proper.

Date: January 18, 2019

                Respectfully submitted,

                */s/ Jean-Paul Assouad*
                Jean-Paul Assouad   #50747  MO
                Meredith A. Webster   #63310  MO
                KUTAK ROCK LLP
                2300 Main Street, Suite 800
                Kansas City, MO 64108
                (816) 960-0090 (Telephone)
                (816) 960-0041 (Facsimile)
                Jean-Paul.Assouad@KutakRock.com
                Meredith.Webster@KutakRock.com
                **ATTORNEYS FOR DEFENDANT INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on this 18th day of January, 2019, using the Court's ECF system, which provided notice to all parties of record.

                                            */s/ Jean-Paul Assouad*
                                            ATTORNEY FOR DEFENDANTS

4826-3116-0966.1