UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARIAH DIANE BOWLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:18CV1869 HEA |
| | ) | |
| APRO INTERNATIONAL INC. | ) | |
| INSURANCE COMPANY OF THE | ) | |
| STATE OF PENNSYLVANIA, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER

This matter is before the Court on its own motion. Plaintiff filed this action on October 31, 2018 against Defendants Jane Does and John Does. To date, Plaintiff has not filed a return of service of the summons and complaint on these Defendants.

**IT IS HEREBY ORDERED** that Plaintiff shall show cause within 10 days from the date of this Order why this matter should not be dismissed as to Defendants Jane Does and John Does for failure to prosecute. Failure to comply with this Order will result in dismissal of Defendants without further notice.

Dated this 19th day of July, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE